**Freddie Richardson**
**460-474 Spring St**
**Unit 310**
**Elizabeth, NJ 07201**

United States District Court for the
District of New Jersey
50 Walnut Street
Newark, NJ 07102

**RE: Richardson v. N.J. Department of Corrections**
Docket No. 20-cv-670

Dear Honorable Court:

    I am the Plaintiff in this case. Please take note of my new address and phone number. Please send all correspondence to this address.

    460-474 Spring St
    Unit 310
    Elizabeth, NJ 07201
    908-249-8136

Sincerely,

Freddie Richardson

Freddie Richardson
460-474 Spring St.
Unit 310
Elizabeth, NJ 07201



U.S. District Cart for the
District of New Jersey
50 Walnut St.
Newark, NJ 07201



07102$3595 C014